# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PTC SEAMLESS TUBE CORP. f/k/a<br>PTC ALLIANCE PIPE ACQUISITION LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Rule 1007-1(e) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Western District of Pennsylvania, I, Luke A. Sizemore, proposed counsel for the debtor and debtor-in possession in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Dated: April 26, 2015

Respectfully submitted,

REED SMITH LLP

By: */s/ Luke A. Sizemore*
Eric A. Schaffer (PA ID No. 30797)
Luke A. Sizemore (PA ID No. 306443)
Joseph D. Filloy (PA ID No. 310167)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com
Email: jfilloy@reedsmith.com

*Proposed Counsel to Debtor and Debtor-in-Possession*

US_ACTIVE-121068256

# CREDITOR MATRIX

US_ACTIVE-121068256

| | | |
|---|---|---|
| PTC Seamless Tube Corp.<br>6051 Wallace Road Ext. Suite 200<br>Wexford, PA  15090 | Eric A. Schaffer, Esq.<br>Luke A. Sizemore, Esq.<br>Joseph D. Filloy, Esq.<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA  15222 | ACE Industries, Inc.<br>6295 Mcdonough Drive<br>Norcross, GA 30093 |
| Advanced Machine & Engineering Co.<br>2500 Latham Street<br>Rockford, IL  61103 | Aggreko, LLC<br>6401 E. 30th Street<br>Indianapolis, IN 46219-1006 | Airgas, Inc.<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 |
| Airline Hydraulics Corporation<br>3557 Progress Drive<br>Bensalem, PA  19020-8505 | Alan Parrish<br>25303 Hillside Meadow Drive<br>Spring, TX  77389 | Alberto Pintabona<br>51 Player Vista Place<br>The Woodlands, TX  77382 |
| American Society for Quality, Inc.<br>100 Krusteaz Way<br>Hopkinsville, KY 42240 | Aramark Uniform Services<br>2680 Palumbo Drive<br>Lexington, KY  40509 | AT&T Inc.<br>P.O. Box 105262<br>Atlanta, GA 30348 |
| AT&T Main Lines<br>P.O. Box 5019<br>Carol Stream, IL 60179 | AT&T Management Phone Lines<br>P.O. Box 105262<br>Atlanta, GA 30348 | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 |
| AT&T Mobility LLC<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Atmos Energy Corporation (Kentucky/Mid-States Division)<br>5430 LBJ Freeway, Suite 160<br>Dallas, TX  75240-2601 | Atmos Energy Marketing LLC<br>13430 Northwest Freeway<br>Suite 700<br>Houston, TX  77040-6091 |
| B&M Industrial Supply LLC<br>26 Corporate Court<br>Bowling Green, KY 42103 | Barry Utley<br>2305 Kirkwood Springs Rd.<br>Dawson Springs, KY  42408 | Bastin Optometric Clinic, LLC<br>1016 South Main Street<br>Hopkinsville, KY 42240 |
| BDC Finance Ltd.<br>One Sound Shore Drive<br>Suite 200<br>Greenwich, CT  06830 | Black Diamond CLO 2005-1 Ltd.<br>c/o U.S. Bank Corporate Trust Services<br>Attn:  Ryan Davalle<br>214 N. Tryon St., 26th Floor<br>Charlotte, NC  28202 | Black Diamond CLO 2005-2 Ltd.<br>P.O. Box 1093 GT,<br>Queensgate House<br>South Church Street<br>Georgetown, Grand Cayman Islanda |

| | | |
|---|---|---|
| Black Diamond CLO 2006-1 (Cayman) Ltd.<br>P.O. Box 1093 GT Boundary Hall<br>Cricket Square<br>George Town, Grand Cayman, Cayman Islands | Black Diamond CLO 2012-1 Ltd.<br>c/o U.S. Bank Corporate Trust Services<br>Attn:  Grant Portra<br>214 N. Tryon St., 26th Floor<br>Charlotte, NC  28202 | Black Diamond CLO 2013-1 Ltd.<br>Attn:  Loan Administrator<br>One Sound Shore Drive, Suite 200<br>Greenwich, CT  06830 |
| Black Diamond CLO 2014-1, Ltd.<br>P.O. Box 1093<br>George Town, Grand Cayman KY1-1102, Grand Caymans | Black Equipment Co., Inc.<br>P.O. Box 5286<br>Evansville, IN 47716-5286 | Buy-Rite<br>950 Skyline Drive<br>Hopkinsville, KY 42240 |
| ByPass Warehouse, LLC<br>300 Charles Garnett Drive<br>Hopkinsville, KY 42240 | Cayce Mill Supply Company<br>P.O. Box 689<br>Hopkinsville, KY 42241-0689 | Charbon Contracting LLC<br>475 Whittington Drive<br>Madisonville, KY  42431<br>*Notice Party Only* |
| Charity North<br>410 S. Buntin Lake Rd<br>Hopkinsville, KY  42240 | Chief Executive Network, LLC<br>One Sound Shore Drive<br>Suite 100<br>Greenwich, CT 06830 | Christian County Chamber of Commerce, Inc.<br>2800 Fort Campbell Blvd.<br>Hopkinsville, KY 42240 |
| Christian County Sheriff<br>216 West 7th Street<br>Hopkinsville, KY  42240 | Cincinnati Precision Instruments, Inc.<br>253 Circle Fwy Drive<br>Cincinnati, OH 45246 | Cintas #314<br>P.O. Box 630921<br>Cincinnati, OH 45263-0921 |
| Cintas First Aid & Safety<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | City of Hopkinsville<br>P.O. Box 707<br>Hopkinsville, KY  42241 | Citizen Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.)<br>Attn:  Katherine M. Dickerson<br>480 Jefferson Blvd.<br>Warwick, RI  02886 |
| Clariant Oil & Mining Services<br>2750 Technology Forest Blvd.<br>Attn:  Thomas Hammer<br>The Woodlands, TX 77381 | Clarksville Eye Clinic, LLC<br>1111 A Ft. Campbell Blvd.<br>Clarksville, TN 37042 | CMC GH Sisak D.O.O.<br>c/o Commercial Metals Company<br>6565 N. MacArthur Blvd., Suite 800<br>Irving, TX 75039 |

| Cody Samford<br>100851 Montfair Blvd<br>Apt. 2302<br>The Woodlands, TX  77382 | Comcast Corporation<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 | Comcast Corporation<br>P.O. Box 600618<br>Dallas, TX  75266 |
|---|---|---|
| Commonwealth of Kentucky, Department of Revenue<br>200 Fair Oaks Lane<br>Station 32<br>Frankfort, KY  40620 | Corbin Opportunity Fund, LP<br>c/o Redwood Master Fund, Ltd.<br>Attn:  Jonathan Kolatch<br>910 Sylvan Avenue<br>Englewood Cliffs, NJ  07632 | Cornerstone Information Systems, Inc.<br>800 South Main Street<br>Hopkinsville, KY 42240 |
| Cornette's Plus LLC<br>2515 Fort Campbell Blvd.<br>Hopkinsville, KY 42240-4670 | Credit Suisse AG, Cayman Islands Branch<br>Attn:  Sean Portrait<br>Eleven Madison Avenue<br>New York, NY  10010 |  |
| Credit Suisse Loan Funding LLC<br>Attn:  Jeannette Crespo<br>7033 Louis Stephens Drive<br>P.O. Box 110047<br>Research Triangle Park, NC 27560 | Crown Services, Inc.<br>1001 Skyline Drive<br>Hopkinsville, KY 42240 | D.S. Design Co, LLC<br>3216 Rockacres Court<br>Cincinnati, OH 45239-6113 |
| Daniel Rublee, Jr.<br>930 Hugh Hunter Rd<br>Oak Grove, KY  42262 | Daniel Pintabona<br>51 Player Vista Place<br>The Woodlands, TX  77832 | David McWaters<br>357 Wade Rd<br>Crofton, KY  42217 |
| David Smith<br>3240 Tabby Dr<br>Clarksville, TN  37042 | Don Waldrop<br>955 Wing Tip Circle<br>Hopkinsville, KY  42240 | Donald Farrington<br>10090 Dawson Springs<br>Crofton, KY  42217 |
| Eagle Warehouse<br>P.O. Box 1316<br>Hopkinsville, KY 42241-1316 | Eagle Way AG, LLC<br>P.O. Box 1316<br>Hopkinsville, KY 42241-1316 | Earth Science Engineering, LLC<br>201 West Dunbar Cave Road<br>Clarksville, TN 37040 |
| EnergyNet (Hopkinsville Electric Company)<br>1820 East 9th Street<br>Hopkinsville, KY  42240 | Enterprise Rent-A-Car USA<br>13425 Eastpoint Centre Drive<br>Suite 124<br>Louisville, KY 40223-5163 | Extreme Machine & Fabricating, Inc.<br>2340 Quality Lane<br>Suite 1<br>West Middlesex, PA 16159-6310 |

| | | |
|---|---|---|
| Fastenal Company<br>P.O. Box 1286<br>Winona, MN 55987-1286 | FDG Trucking, LLC<br>2222 John Rives Road<br>Hopkinsville, KY 42240 | Five Star Food Service, Inc.<br>440 Allied Drive<br>Nashville, TN 37211 |
| Flanders Electric Motor Service, Inc.<br>8101 Baumgard Road,<br>P.O. Box 23130<br>Evansville, IN 47724 | Franklin Covey Client Sales Inc.<br>P.O. Box 25127<br>Salt Lake City, UT 84125 | G&S Embroidery, Inc.<br>1120 West 15th Street<br>Hopkinsville, KY 42240 |
| Gateway Rehabilitation Center<br>Moffett Run Road<br>Aliquippa, PA 15001 | General Steel Contractors Inc.<br>P.O. Box 1078<br>Hopkinsville, KY 42241<br>*Notice Party Only* | GSC Group CDO Fund VIII Limited<br>P.O. Box 1093, Boundary Hall Cricket Square<br>Grand Cayman KY1-1102, Cayman Islands |
| GSC Partners CDO Fund VII Limited<br>P.O. Box 1093<br>George Town, Grand Cayman<br>Cayman Islands | Hancock Machine and Tool Inc.<br>4427 Bishop Lane<br>Louisville, KY 40218 | Hansa Meyer Global Transport USA LLC<br>712 Main Street<br>Suite 950<br>Houston, TX 77002 |
| Harch CLO III Limited<br>P.O. Box 1093 GT<br>George Town, Grand Cayman<br>Grand Caymans | Hayes Shoes<br>P.O. Box 1037<br>Bowling Green, KY 42102 | Henry Jarboe<br>715 Superior Lane<br>Clarksville, TN 37043 |
| Heritage-Crystal Clean, Inc.<br>13621 Collections Center Drive<br>Chicago, IL 60693 | Heritage Environmental Svcs.<br>4925 Heller Street<br>Louisville, KY 40218 | Hermetik Hydraulik AB<br>Lansenvagen 3<br>18762 TAEBY, Sweden |
| Himo Dragas, VL. Mirko Dragas<br>44250 Petrinja<br>Croatia | Holston Gases, Inc.<br>1050A Progress Drive<br>Clarksville, TN 37040 | Home Oil & Gas Company<br>P.O. Box 397<br>Henderson, KY 42419 |
| Hopkinsville Doors<br>3380 Madisonville Road<br>Hopkinsville, KY 42240 | Hopkinsville Electric Company (EnergyNet)<br>1820 East 9th Street<br>Hopkinsville, KY 42240 | Hopkinsville Industrial Foundation, Inc.<br>2800 Ft. Campbell Blvd<br>Attn: John B. Crenshaw, President<br>Hopkinsville, KY 42240 |

US_ACTIVE-121769410.2 04/26/2015 7:11 PM

| | | |
|---|---|---|
| Hopkinsville Solid Waste Authority<br>P.O. Box 569<br>Hopkinsville, KY 42241-0569 | Hopkinsville Water Environment Authority<br>401 East 9th Street<br>P.O. Box 628<br>Hopkinsville, KY 42241-0628 | Horizon Corporate Housing, LLC<br>2237 Lowes Dr. West<br>Suite H<br>Clarksville, TN 37040 |
| Hotwork - USA, LLC<br>223 Gold Rush Road<br>Lexington, KY 40503 | InMotion Controls, Inc.<br>1914 Silver Street<br>Garland, TX 75042 | Innovative Building Solutions, LLC<br>218 Gander Drive<br>Wexford, PA 15090 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Inter-Power Corporation<br>3578 Van Dyke Road<br>Almont, MI 48003 | Interpower Induction USA<br>3578 Van Dyke<br>Almont, MI 48003 |
| Ipsco Tubulars Inc. d/b/a TMK IPSCO<br>10120 Houston Oaks Drive<br>Houston, TX 77064 | James Garrett<br>4615 Cumbee Rd<br>Hopkinsville, KY 42240 | Jamie Lear<br>1210 State Rt 949<br>Dunmor, KY 42339 |
| Jason R. Hallum<br>500 Ridge Road<br>Princeton. KY 42445 | Jennie Stuart Medical Center, Inc.<br>P.O. Box 2400<br>Hopkinsville, KY 42241 | Jones Bros. Towing & Trucking, Inc.<br>P.O. Box 83<br>Hopkinsville, KY 42241 |
| Joseph Scott<br>3738 Hwy 126<br>Princeton, KY 42445 | Justin A. Mason<br>P.O. Box 1144<br>Hopkinsville, KY 42241 | K. A. Hamilton & Associates, Inc.<br>159 Perry Highway<br>Suite 100<br>Pittsburgh, PA 15229 |
| Kaman Industrial Technologies Corporation<br>651 Finefrock Road SW<br>Massillon, OH 44647 | Kanawha Insurance Company<br>210 S. White Street<br>Lancaster, SC 29720-2560 | Kentucky Community and Technical<br>College System Foundation, Inc.<br>300 North Main Street<br>Versailles, KY 40383 |
| Kentucky Department of Revenue<br>200 Fair Oaks Lane<br>Station 32<br>Frankfort, KY 40620 | Kentucky Economic Development Finance Authority<br>Office of the Commissioner<br>Department for Business Development<br>Old Capital Annex, 300 West Broadway | Kentucky Secretary of State<br>Office of the Secretary of State<br>700 Capital Avenue<br>P.O. Box 718<br>Frankfort, KY 40602 |

|  | Frankfort, KY  40601 |  |
|---|---|---|
| Kenway Distributors, Inc.<br>6320 Strawberry Lane<br>Louisville, KY 40214 | Kevin Birdsong<br>671 State Rt 778<br>Eddyville, KY  42038 | Kevin Lilly<br>213 Village Green PL<br>Apt. E8<br>Hopkinsvile, KY  42240 |
| Kimberly Bagby<br>6815 Antique Cedar Lane<br>Sping, TX  77389 | Konecranes Inc.<br>1854 Air Lane Drive<br>Nashville, TN  37035 | Lebanon Power & Apparatus Co., Inc.<br>Covington Electric, Inc.<br>423 Power Street<br>Bowling Green, KY 42101 |
| Legion Safety Products, LLC<br>608 S. Wheeling Rd.<br>Wheeling, IL 60090 | Lehman's Custom Mowing<br>1950 Pickens Road<br>Clarksville, TN 37040 | Lowe's Home Centers, Inc.<br>P.O. Box 530954<br>Atlanta, GA 30353 |
| Lucas Wolf<br>300 Early Dr<br>Hopkinsville, KY  42240 | Mark Eckelkamp<br>115 Sheerwood Dr.<br>Hopkinsville, KY  42240 | Mary Haddad<br>19807 Geneva Fields Dr<br>Cypress, TX  77429 |
| Mark D. Thompson<br>33677 Via San Angelo<br>Avon, OH  44011 | Mazzella Lifting Technologies<br>P.O. 637435<br>Cincinnati, OH 45263-7435 |  |
| McGee Pest Control, Inc.<br>1826 Walnut Street<br>P.O. Box 674<br>Hopkinsville, KY 42240 | McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | Mechanical Resource Group LLC<br>750 Melrose Ave<br>Nashville, TN 37211 |
| Melvin Chapman<br>2489 Hattington Drive<br>Clarksville, TN  37042 | Mercer Transportation Co., Inc.<br>P.O. Box 644011<br>Pittsburgh, PA 15264-4011 | Metaling doo<br>Bozidara Adzije 2<br>44000 Sisak, Croatia |
| Metaling Inzenjering Ltd.<br>Sisak<br>Bozidara Adzije 2 | Metso Minerals Industries, Inc.<br>2715 Pleasant Valley Road<br>York, PA  17402 | Met Tel<br>P.O. Box 9660<br>Manchester, NH  03108-9660 |
| Microsoft Corporation<br>P.O. Box 842103<br>Dallas, TX 75284-2103 | Midwest Transatlantic Lines, Inc.<br>1230 West Bagley Road<br>Berea, OH 44017 | Mize Machine Inc.<br>1110 West 15th Street<br>Hopkinsville, KY 42240 |

| | | |
|---|---|---|
| Montgomery Central Appraisal District Office of the Chief Appraiser P.O. Box 2233 Conroe, TX 77305-2233 | Moore's Office Supplies & Furniture 711 Franklin St. Clarksville, TN 37040 | Motion Industries Inc. 1605 Alton Road Birmingham, AL 35210 |
| MSC Industrial Supply Co., Inc. Dept CH0075 Palatine, IL 60055-0075 | MyOfficeProducts, Inc. P.O. Box 306003 Nashville, TN 37230-6003 | Nancy Smith 206 Cayce Ave Hopkinsville, KY 42240 |
| National Pen Company P.O. Box 847203 Dallas, TX 75284-7203 | Navitas Lease Corp. 1719 Route 10 East Suite 306 Parsippany, NJ 07054 | Nelson Williams 1104 Walnut Ct Hopkinsville, KY 42240 |
| Newstar Commerical Lease Funding I, LLC 500 Boylston St. Suite 1250 Boston, MA 02116 | Occupational Health Centers of the Southwest, P.A. 5080 Spectrum Drive # 400W Addison, TX 75001 | Olympus Scientific Solutions Americas Corp. 48 Woerd Ave. Waltham, MA 02453 |
| P&S Transportation, LLC P.O. Box 8250 Ensley, AL 35218 | Paducah Gear & Machine Co., L.C. 5337 Gilbertsville Highway Calvert City, KY 42029 | Paducah McCracken County Riverport Authority P.O. Box 2302 2000 Wayne Sullivan Drive Paducah, KY 42002 |
| Parkson Corporation 1401 West Cypress Creek Road Fort Lauderdale, FL 33309-1969 | Paul Neights 3405 Laurelwood Trail Clarksville. TN 37043 | Pennyrile Rural Electric Cooperative Corporation Attn: Manager P.O. Box 2900, 2000 Harrison Street Hopkinsville, KY 42241-2900 |
| Pitney Bowes Inc. P.O. Box 371887 Pittsburgh, PA 15250 | Pontus Holdings Ltd. Attn: Russell F. Bryant 499 Park Avenue, 24th Floor New York, NY 10022 | Powell's Metal Sales, Inc. P.O. Box 572 Hopkinsville, KY 42241 |
| PTC Group Holdings Corp. 6051 Wallace Road Ext. Suite 200 Wexford, PA 15090 | Ram Corporation, Inc. 2520 Plum Street Nashville, TN 37207 | Randolph & Hale, Inc. P.O. Box 1011 Hopkinsville, KY 42240 |

| | | |
|---|---|---|
| Redwood Master Fund Ltd.<br>910 Sylvan Avenue<br>Englewood Cliffs, NJ  07632 | Redwood Opportunity Master Fund, Ltd.<br>910 Sylvan Avenue<br>Englewood Cliffs, NJ  07632 | Richard J Gomes<br>25406 Lancaster Pine Drive<br>Spring, TX  77389 |
| Rickey Rudd<br>2809 Florence St<br>Hopkinsville, KY  42240 | RICOH USA, Inc.<br>P.O. Box 740541<br>Atlanta, GA 30374-0541 | Robert Half Management Resources<br>12400 Collections Center Drive<br>Chicago, IL 60693 |
| Robinson Mechanical Contractors, Inc.<br>d/b/a Robinson Construction Company<br>2411 Walters Lane<br>Perryville, MO  63775 | Satellite Shelters, Inc.<br>2530 Xenium Lane, Suite 150<br>Minneapolis, MN  55441 | Seay Oil Company, Inc.<br>700 W. 15th Street<br>Hopkinsville, KY 42240 |
| Sheila Pearson<br>341 Long Avenue<br>Russellville, KY  42276 | Siemens Industry, Inc.<br>501 Technology Drive<br>Canonsburg, PA  15317 | Siemens Industries, Inc.<br>1000 Deerfield Parkway<br>Buffalo Grove, IL  60089 |
| SMS Meer GmbH<br>Ohlerkirchhweg 66<br>41069 Monchengladbach<br>Germany | SMS Meer Service Inc.<br>210 West Kensinger Drive<br>Suite 300<br>Cranberry Township, PA 16066-3435 | SMS Millcraft LLC<br>100 Sandusky Street<br>Pittsburgh, PA 15212 |
| Southeastern Tank, Inc.<br>60 Vesta Road<br>Lebannon, TN 37090 | Southern Mechanical<br>485 Everett Lane<br>Hopkinsville, KY 42240 | Sprint Print, Inc.<br>P.O. Box 4120<br>Hopkinsville, KY 42240 |
| SSOE, Inc., d/b/a SSOE Group<br>1001 Madison Avenue<br>Toledo, OH  43604 | Steven Bird<br>3515 Quisenberry Lane<br>Hopkinsville, KY  42240 | Suburban Propane, L.P.<br>P.O. Box 889248<br>Atlanta, GA 30356-1248 |
| Sunbelt Rentals, Inc.<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | T&D Solutions LLC<br>6411 Masonic Drive<br>Alexandria, LA  71301<br>*Notice Party Only* | T. J. O'Brien Engineering Company<br>3951 Senator Street<br>Memphis, TN 38118 |
| Taylor Machine Works, Inc.<br>650 North Church Street<br>Louisville, MS  39339-2017 | Tencarva Machinery Company<br>2929 Kraft Drive<br>Nashville, TN  37204 | Tenova Core Inc.<br>Cherrington Corporate Center<br>100 Corporate Center Drive<br>Coraopolis, PA  15108 |

| | | |
|---|---|---|
| Terillium, Inc.<br>201 East 5th Street<br>Suite 2700<br>Cincinnati, OH 45202 | Terrell Manufacturing Services, Inc.<br>7245 Hall Road<br>Muskegon, MI 49442 | Terry Dearing<br>3885 Longbreak Rd<br>Dawson Springs, KY 42408 |
| Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714-9348 | The Sherwin-Williams Company<br>535 W. 9th St.<br>Hopkinsville, KY 42240 | Thomas Wagner<br>140 Stoney Creek Lane<br>Murray, KY 42071 |
| Toshinori Yajima<br>2073 Roxbury Lane<br>Clarksville, TN 37043 | Traughber Mechanical Services, Inc.<br>818 Blackjack Road<br>Franklin, KY 42134 | Tri-State Bearing Company, Inc.<br>P.O. Box 4737<br>Evansville, IN 47724 |
| Tyco Integrated Security LLC<br>2005 Elm Hill Pike<br>Nashville, TN 37210-3807 | ULINE, Inc.<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | United Rentals, Inc.<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 |
| Universal Am-Can Ltd.<br>P.O. Box 712969<br>Cincinnati, OH 45271-2969 | Vast Communications LLC<br>1100 Manhattan Ave., #203<br>Manhattan Beach, CA 90266 | Verizon<br>P.O. Box 25505<br>Lehigh Valley, PA 18002 |
| Vision Benefits of America<br>300 Weyman Plaza, Suite 400<br>Pittsburgh, PA 15236-1588 | Visual Workplace, Inc.<br>7381 Ardith Court<br>Byron Center, MI 49315 | Watervo of Central States, Inc., d/b/a Culligan Water<br>328 Commerce Street<br>Cadiz, KY 42211 |
| Waterfront CLO 2007-1, Ltd.<br>P.O. Box 1093 GT Boundary Hall<br>Cricket Square<br>George Town, Grand Cayman, Cayman Islands | Wells Fargo Bank, National Association<br>One Boston Place, 18th Floor<br>Attn: Portfolio Manager - PTC<br>Boston, MA 02108 | Wells Fargo Principal Lending LLC<br>2450 Colorado Avenue<br>Suite 3000<br>West Santa Monica, CA 90404 |
| Western Kentucky Door, Inc.<br>P.O. Box 1686<br>Cadiz, KY 42211 | William Casto<br>2022 Miller Valley Rd<br>Elkton, KY 42220 | Windows, Doors & Floors, LLC<br>7228 Canton Rd.<br>Cadiz, KY 42211 |
| XL Group<br>190 S. La Salle<br>Suite 3900<br>Chicago, IL 60606 | Xylem, Inc.<br>26717 Network Place<br>Chicago, IL 60673-1267 | Xylem Water Solutions, USA, Inc.<br>9745 Hedden Road<br>Evansville, IN 47725 |