**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| PTC SEAMLESS TUBE CORP. f/k/a PTC ALLIANCE PIPE ACQUISITION LLC, | Case No.  15-21445 |
| Debtor. | |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

      Following is the list of creditors holding the 20 largest unsecured claims against PTC Seamless Tube Corp. f/k/a PTC Alliance Pipe Acquisition LLC, the debtor and debtor-in-possession in the above-captioned case. The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bank. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Flanders Electric Motor Service, Inc.<br>8101 Baumgart Road<br>P.O. Box 23130<br>Evansville, IN 47724 | Thomas Balbach<br>Sr. Program Manager<br>(812) 867-4014, Ext. 3331<br>Same address | Equipment and Services | | $2,474,592.83 |
| CMC GH Sisak C.O.O.<br>c/o Commercial Metals Company<br>6565 N. MacArthur Blvd., Suite 800<br>Irving, TX 75039 | Paul Kirkpatrick<br>Asst. General Counsel<br>(972) 409-4724<br>Same address | Contract Claim | Disputed | $834,938.98 |
| Robinson Mechanical Contractors, Inc.<br>d/b/a Robinson Construction Company<br>2411 Walters Lane<br>Perryville, MO 63775 | Paul E. Findlay<br>Vice President<br>(573) 517-5101<br>Same address | Equipment and Construction Supervision Services | Disputed<br><br>Subject to Setoff | $793,709.36 |

| Creditor | Contact | Description | Amount |
|---|---|---|---|
| Tenova Core Inc.<br>Cherrington Corporate Center<br>100 Corporate Center Drive<br>Coraopolis, PA 15108 | Thomas P. Walsh<br>VP of Sales & Technology<br>(412) 953-4337<br>Same address | Services on Rotary Hearth Furnace | $679,392.00 |
| Airline Hydraulics Corporation<br>3557 Progress Drive<br>Bensalem, PA 19020-8505 | Andrew Fedor<br>CFO<br>(215) 638-4700, Ext. 2119<br>Same address | Equipment and Services Agreement | $266,199.38 |
| Tencarva Machinery Company<br>2929 Kraft Drive<br>Nashville, TN 37204 | Phil Brasher<br>Sales Engineer<br>(615) 788-0513<br>Same address | Professional Services Agreement | $264,012.06 |
| SMS Meer GmbH<br>Ohlerkirchweg 66<br>41069 Monchengladbach, Germany | Gerd Muller<br>+49 2161 350 1291<br>Same address | Equipment Purchase Agreement | $250,000.00 |
| Parkson Corporation<br>1401 West Cypress Creek Road<br>Fort Lauderdale, FL 33309-1969 | William Maesalu<br>VP/CFO<br>(888) 727-5766<br>Same address | Services and Equipment for Sand Filter Modules | $239,048.15 |
| Extreme Machine & Fabricating, Inc.<br>2340 Quality Lane, Suite 1<br>West Middlesex, PA 16159 | Richard Wanchisn<br>President<br>(724) 342-4340<br>Same address | Services Agreement | $180,664.08 |
| Paducah Gear & Machine Co., L.C.<br>5337 Gilbertsville Highway<br>Calvert City, KY 42029 | Jason Strader<br>General Manager<br>(270) 395-0332<br>Same address | Driven Roll Equipment and Services Agreement | $156,845.50 |
| Ram Corporation, Inc.<br>2520 Plum Street<br>Nashville, TN 37207 | Kenneth B. Koch<br>President<br>(615) 259-2777<br>Same address | Equipment and Services | $146,831.74 |
| Pennyrile Rural Electric Cooperative Corp.<br>P.O. Box 2900<br>2000 Harrison Street<br>Hopkinsville, KY 42241-2900 | Greg Gissom<br>President & CEO<br>(270) 886-2555<br>Same address | Industrial Power Contract | $135,542.86 |
| SSOE, Inc. d/b/a SSOE Group<br>1001 Madison Avenue<br>Toledo, OH 43604 | Alan Lynch<br>Program Director<br>(567) 218-2213<br>Same address | Engineering and Design Services | $128,578.25 |
| Advanced Machine & Engineering Co.<br>2500 Latham Street<br>Rockford, IL 61103 | Steve Swanson<br>Sales Manager<br>(815) 962-6076, Ext. 270<br>Same address | Equipment and Services Agreement | $121,475.00 |
| Traughber Mechanical Services, Inc.<br>818 Blackjack Road<br>Franklin, KY 42134 | Cindy Traughber<br>Secretary/Treasurer<br>(270) 586-8769<br>Same address | Equipment and Services Agreement | $95,892.60 |

| | | | |
|---|---|---|---|
| SMS Meer Service Inc.<br>210 West Kensinger Drive, Suite 300<br>Cranberry Township, PA 16066-3435 | Kevin Cox<br>Same address | Technical<br>Advisory<br>Services | $94,246.48 |
| Earth Science Engineering, LLC<br>201 West Dunbar Cave Road<br>Clarksville, TN 37040 | Christopher Casteel<br>Owner<br>(931) 645-8008<br>Same address | Equipment and<br>Services<br>Agreement | $90,900.89 |
| Midwest Transatlantic Lines, Inc.<br>1230 West Bagley Road<br>Berea, OH 44017 | Richard Gareau<br>President<br>(440) 239-4701 | Freight<br>Forwarding | $64,142.30 |
| Mechanical Resource Group LLC<br>750 Melrose Ave.<br>Nashville, TN 37211 | Jon Fruetel<br>VP GM of Service<br>(615) 690-3620<br>Same address | Professional<br>Services<br>Agreement | $48,569.50 |
| Hotwork – USA, LLC<br>223 Gold Rush Road<br>Lexington, KY 40503 | Demetrius Rankin<br>(859) 276-1570<br>Same address | Equipment<br>Services | $47,840.00 |

Dated: April 26, 2015

Respectfully submitted,

REED SMITH LLP

By: */s/ Luke A. Sizemore*
Eric A. Schaffer (PA ID No. 30797)
Luke A. Sizemore (PA ID No. 306443)
Joseph D. Filloy (PA ID No. 310167)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com
Email: jfilloy@reedsmith.com

*Proposed Counsel to Debtor and Debtor-in-Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Peter Whiting, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

Dated:  April 26, 2015

*/s/ Peter Whiting*
Peter Whiting
Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.