## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| PTC SEAMLESS TUBE CORP. f/k/a PTC ALLIANCE PIPE ACQUISITION LLC, | Case No.    15-21445 |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of equity security holders of PTC Seamless Tube Corp. f/k/a PTC Alliance Pipe Acquisition LLC, the debtor and debtor-in-possession in the above-captioned case, which is prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percentage Ownership |
|---|---|---|---|
| PTC Group Holdings Corp. 6051 Wallace Road Ext., Suite 200 Wexford, PA 15090 | Common Stock | 1,000 | 100% |

Dated:  April 26, 2015

Respectfully submitted,

REED SMITH LLP

By:      */s/ Luke A. Sizemore*
Eric A. Schaffer (PA ID No. 30797)
Luke A. Sizemore (PA ID No. 306443)
Joseph D. Filloy (PA ID No. 310167)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063
Email:  eschaffer@reedsmith.com
Email:  lsizemore@reedsmith.com
Email:  jfilloy@reedsmith.com

*Proposed Counsel to Debtor and Debtor-in-Possession*

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF A CORPORATION

I, Peter Whiting, the Chief Executive Officer of the corporation named as the

debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Equity*

*Security Holders* and that it is true and correct to the best of my information and belief.

Dated:  April 26, 2015

_____

Peter Whiting
Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment
for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.