B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

## Western District of Pennsylvania

In re  PTC Seamless Tube Corp.  ,  Case No.  15-21445

*Debtor*

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 5,460,000.00 | | |
| B - Personal Property | YES | 3 | $ 93,887,576.20 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 6 | | $ 178,113,825.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 10 | | $ 244,685.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 23 | | $ 101,671,522.39 | |
| G - Executory Contracts and Unexpired Leases | YES | 7 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 52 | $ 99,347,576.20 | $ 280,030,033.81 | |

B6A (Official Form 6A) (12/07)

In re PTC SEAMLESS TUBE CORP.,                                    Case No.    15-21445
_____                                    _____
          Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under " Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 500 FRANK YOST LANE HOPKINSVILLE, KY 42240 | FEE SIMPLE LAND & BUILDING | | $5,460,000.00 | $177,436,360.51 |
| 5590 PEMBROKE ROAD HOPKINSVILLE, KY 42240 | OPTION TO PURCHASE | | Unknown | $160,800,000.00 |
| | | Total ➤ | 5,460,000.00 | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re PTC SEAMLESS TUBE CORP. _____   Case No. __15-21445_____
                    **Debtor**                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION* |
|---|---|---|---|---|
| 1. Cash on hand. | | 500 Frank Yost Lane, Hopkinsville, Kentucky | | $500.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit-or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Zero balance disbursement account with Wells Fargo Bank, National Association | | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, landlords, and others. | | Landlord:  Clariant Oil & Mining Services | | $9,876.17 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

*All values contained in this Schedule B are based upon book value.

**B6B (Official Form 6B) (12/07) -- Cont.**

In re PTC SEAMLESS TUBE CORP.                                    Case No. _____
           **Debtor**                                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION* |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Account receivable for scrap sales with Uniti-el | | $17,911.50 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Value-added tax refund from government of Croatia | | $120,000.00 |

*All values contained in this Schedule B are based upon book value.

**B6B (Official Form 6B) (12/07) -- Cont.**

In re PTC SEAMLESS TUBE CORP. _____  Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION* |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1984 International F-2275 Utility Flatbed | | De minimus |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, fixtures, IT hardware, and IT software | | $1,411,094.58 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Manufacturing machinery | | $83,452,356.61 |
| 30. Inventory. | | Raw materials | | $7,287,249.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Containers and other tangible personal property, including signs, security posts, and maintenance set | | $1,588,588.40 |

_____0_____ continuation sheets attached     Total ➤    | $ |    93,887,576.26

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

*All values contained in this Schedule B are based upon book value.

**B6D (Official Form 6D) (12/07)**

In re PTC SEAMLESS TUBE CORP.,_____    Case No. 15-21445_____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

  State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Black Diamond CLO 2005-1 Ltd., c/o U.S. Bank Corporate Trust Services, Attn:  Ryan Davalle, 214 North Tryon St., 26th Floor, Charlotte, NC 28202 | X | | Term Loan B-1 December 19, 2012  Lien on real and personal property  VALUE $99,347,576.26 | | | | $8,743,159.39 | Unknown |
| ACCOUNT NO. Black Diamond CLO 2005-2, Ltd., P.O. Box 1093 GT, Queensgate House, South Church Street, Georgetown, Grand Cayman Cayman Islands | X | | Term Loan B-1 December 19, 2012  Lien on real and personal property  VALUE $99,347,576.26 | | | | $11,719,696.95 | Unknown |
| ACCOUNT NO. Black Diamond CLO 2012-1 Ltd., c/o U.S. Bank Corporate Trust Services, Attn:  Grant Portra, 214 North Tryon Street, 26th Floor, Charlotte, NC 28202 | X | | Term Loan B-1 December 19, 2012  Lien on real and personal property  VALUE $99,347,576.26 | | | | $2,393,311.66 | Unknown |

5 continuation sheets attached

Subtotal ▶
(Total of this page)
$ 22,856,168.00 | $ 0.00

Total ▶
(Use only on last page)
$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

US_ACTIVE-121219411

**B6D (Official Form 6D) (12/07) – Cont.**

In re PTC SEAMLESS TUBE CORP.,                    Case No _____
_____
　　　　　　　**Debtor**                                                **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Black Diamond CLO 2013-1 Ltd., Attn:  Loan Administrator, One Sound Shore Drive, Suite 200, Greenwich, CT 06830 | | X | Term Loan B-1<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $4,813,291.15 | Unknown |
| ACCOUNT NO.<br>Black Diamond CLO 2014-1, Ltd., P.O. Box 1093<br>George Town, Grand Cayman KY1-1102, Grand Caymans | | X | Term Loan B-1<br>December 19, 2012<br><br>Lien on real and personal property<br><br>VALUE $99,347,576.26 | | | | $4,936,708.87 | Unknown |
| ACCOUNT NO.<br>GSC Partners CDO Fund VII, Limited, P.O. Box 1093, George Town, Grand Cayman, Cayman Islands | | X | Term Loan B-1<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $9,750,000.00 | Unknown |
| ACCOUNT NO.<br>Credit Suisse Loan Funding LLC, 7033 Louis Stephens Drive, P.O. Box 110047, Research Triangle Park, NC 27560<br>Attn:  Jeannette Crespo | | X | Term Loan B-1<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $1,952,443.61 | Unknown |
| ACCOUNT NO.<br>Waterfront CLO 2007-1, Ltd., P.O. Box 1093 GT Boundary Hall, Cricket Square, George Town, Grand Cayman, Cayman Islands | | X | Term Loan B-1<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $1,954,899.52 | Unknown |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| $ 23,407,343.15 | $ 0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re PTC SEAMLESS TUBE CORP.,                          Case No _____
Debtor                                                              (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Harch CLO III Limited <br> P.O. Box 1093 GT <br> George Town, Grand Cayman, <br> Cayman Islands | X | | Term Loan B-1 <br> December 19, 2012 <br><br> Lien on real and personal property <br> VALUE $99,347,576.26 | | | | $2,927,443.57 | Unknown |
| **ACCOUNT NO.** <br> Corbin Opportunity Fund, LP <br> c/o Redwood Master Fund, Ltd. <br> 910 Sylvan Avenue <br> Englewood Cliffs, NJ 07632 <br> Attn: Jonathan Kolatch | X | | Term Loan B-1 <br> December 19, 2012 <br><br> Lien on real and personal property <br><br> VALUE $99,347,576.26 | | | | $1,469,849.28 | Unknown |
| **ACCOUNT NO.** <br> Pontus Holdings Ltd. <br> 499 Park Avenue, 24th Floor <br> New York, NY 10022 <br> Attn: Russell F. Bryant | X | | Term Loan B-1 <br> December 19, 2012 <br><br> Lien on real and personal property <br> VALUE $99,347,576.26 | | | | $3,184,673.36 | Unknown |
| **ACCOUNT NO.** <br> Redwood Opportunity Master Fund, Ltd., 910 Sylvan Avenue, Englewood Cliffs, NJ 07632 | X | | Term Loan B-1 <br> December 19, 2012 <br><br> Lien on real and personal property <br> VALUE $99,347,576.26 | | | | $8,554,522.64 | Unknown |
| **ACCOUNT NO.** <br> Wells Fargo Principal Lending LLC, 2450 Colorado Ave., Suite 3000, West Santa Monica, CA 90404 | X | | Term Loan B-1 <br> December 19, 2012 <br><br> Lien on real and personal property <br> VALUE $99,347,576.26 | | | | $5,850,000.00 | Unknown |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

$ 21,986,488.85   $           0.00

Total ▶
(Use only on last page)

$                          $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont.**

In re PTC SEAMLESS TUBE CORP.,_____     Case No _____
         **Debtor**                                      **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BDC Finance Ltd.<br>One Sound Shore Drive, Suite 200<br>Greenwich, CT 06830 | | X | Term Loan B-2<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $4,875,000.00 | Unknown |
| ACCOUNT NO.<br>Black Diamond CLO 2006-1 (Cayman) Ltd., P.O. Box 1093 GT Boundary Hall, Cricket Square, George Town, Grand Cayman, Cayman Islands | | X | Term Loan B-2<br>December 19, 2012<br><br>Lien on real and personal property<br><br>VALUE $99,347,576.26 | | | | $11,700,000.00 | Unknown |
| ACCOUNT NO.<br>Black Diamond CLO 2012-1 Ltd. c/o U.S. Bank Corporate Trust Services, Attn:  Grant Porta, 214 North Tryon Street, 26th Floor Charlotte, NC 28202 | | X | Term Loan B-2<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $3,412,500.00 | Unknown |
| ACCOUNT NO.<br>GSC Group CDO Fund VIII Limited, P.O. Box 1093, Boundary Hall, Cricket Square, Grand Cayman KY1-1102, Cayman Islands | | X | Term Loan B-2<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $4,875,000.00 | Unknown |
| ACCOUNT NO.<br>Waterfront CLO 2007-1, Ltd.<br>P.O. Box 1093 GT, Boundary Hall, Cricket Square, George Town, Grand Cayman, Cayman Islands | | X | Term Loan B-2<br>December 19, 2012<br><br>Lien on real and personal property<br>VALUE $99,347,576.26 | | | | $975,000.00 | Unknown |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

  $    25,837,500.00   $          0.00

Total ▶
(Use only on last page)

$             $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

**In re** PTC SEAMLESS TUBE CORP.,                    **Case No** _____
         **Debtor**                                              **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Redwood Master Fund Ltd. 910 Sylvan Avenue Englewood Cliffs, NJ 07632 | X | | Term Loan B-2 December 19, 2012 Lien on real and personal property VALUE $99,347,576.26 | | | | $17,062,500.00 | Unknown |
| **ACCOUNT NO.** Redwood Opportunity Master Fund, Ltd., 910 Sylvan Avenue, Englewood Cliffs, NJ 07632 | X | | Term Loan B-2 December 19, 2012 Lien on real and personal property VALUE $99,347,576.26 | | | | $1,950,000.00 | Unknown |
| **ACCOUNT NO.** Wells Fargo Principal Lending, LLC, 2450 Colorado Ave., Suite 3000, West Santa Monica, CA 90404 | X | | Term Loan B-2 December 19, 2012 Lien on real and personal property VALUE $99,347,576.26 | | | | $3,900,000.00 | Unknown |
| **ACCOUNT NO.** Wells Fargo Bank, National Association, as administrative agent, One Boston Place, 18th Floor, Boston, MA 02108, Attn: Portfolio Manager - PTC | X | | Credit Agreement December 12, 2012 Lien on real and personal property VALUE $99,347,576.26 | | | | $43,800,000.00 | Unknown |
| **ACCOUNT NO.** Newstar Commercial Lease Funding I, LLC 500 Boylston St., Suite 1250 Boston, MA 02116 | X | | Lease Schedule No. 3 to Master Agreement dated 5/28/14 Lien on Interpower Induction Boost Heating System VALUE $1,493,970.00 | | | | $1,091,268.24 | $0.00 |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | $  67,803,768.24 | $          0.00 |
|---|---|---|
| | $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont.**

In re PTC SEAMLESS TUBE CORP.,                          Case No _____
_____                              _____
        **Debtor**                                                        **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Newstar Commercial Lease Funding I, LLC<br>500 Boylston St., Suite 1250<br>Boston, MA 02116 | X | | Lease Schedule No. 4 to Master Agreement dated 5/28/14<br>Lien on Pilger Mandrel Lubrication System<br>VALUE $1,477,626.60 | | | | $1,101,232.48 | $0.00 |
| ACCOUNT NO.<br>Newstar Commercial Lease Funding I, LLC<br>500 Boylston St., Suite 1250<br>Boston, MA 02116 | X | | Lease Schedule No. 5 to Master Agreement dated 5/28/14<br>Lien on Turrell UV Coating System<br><br>VALUE $585,833.00 | | | | $381,052.17 | $0.00 |
| ACCOUNT NO.<br>Newstar Commercial Lease Funding I, LLC<br>500 Boylston St., Suite 1250<br>Boston, MA 02116 | X | | Lease Schedule No. 6 to Master Agreement dated 5/28/14<br>Lien on Billet Saw, Weigh Measure, and Drift Test<br>VALUE $1,594,091.00 | | | | $1,235,715.94 | $0.00 |
| ACCOUNT NO.<br>Robinson Mechanical Contractors, Inc. d/b/a Robinson Construction Company<br>2411 Walters Lane<br>Perryville, MO 63775 | | | Mechanic's Lien filed on 4/3/2015<br><br>VALUE $5,460,000.00 | | | X | $13,504,556.82 | Unknown |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |

Sheet no. 5 of 5 continuation
sheets attached to Schedule of
Creditors Holding Secured Claims

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | | |
|---|---|---|
| Subtotal | $ 16,222,557.41 | $        0.00 |
| Total | $ 178,113,825.65 | $        0.00 |

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (04/13)

In re PTC SEAMLESS TUBE CORP. _____          Case No. _15-21445_____
_____          _____
*Debtor*                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/13) – Cont.**

In re <u>PTC SEAMLESS TUBE CORP.</u>                         Case No. _____
         *Debtor*                                                      *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____8_____ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re PTC SEAMLESS TUBE CORP.                              Case No. _____
            *Debtor*                                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Alan Parrish 25303 Hillside Meadow Drive Spring, TX  77389 | | | Wages, Salaries and Benefits | | | | $11,590.91 | $11,590.91 | $0.00 |
| Account No. | | | | | | | | | |
| Alberto Pintabona 51 Player Vista Place The Woodlands, TX  77382 | | | Wages, Salaries and Benefits | | | | $18,613.64 | $12,475.00 | $6,138.64 |
| Account No. | | | | | | | | | |
| Barry Utley 250 John Hall Road Madisonville, KY  42431 | | | Wages, Salaries and Benefits | | | | $3,030.66 | $3,030.66 | $0.00 |
| Account No. | | | | | | | | | |
| Charity North 410 S. Buntin Lake Road Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $4,720.28 | $4,720.28 | $0.00 |
| Account No. | | | | | | | | | |
| Christian County Sheriff 216 West 7th Street Hopkinsville, KY  42240 | | | Real Estate Tax | X | | | Unknown | Unknown | Unknown |

Sheet no. 1 of 8 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

$ 37,955.49    $ 31,816.85    $6,138.64

B6E (Official Form 6E) (04/13) – Cont.

In re PTC SEAMLESS TUBE CORP.                                  Case No. _____
              Debtor                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| City of Hopkinsville P.O. Box 707 Hopkinsville, KY  42241 | | | Real Estate Tax | | X | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Cody Samford 100851 Montfair Boulevard Apt. 2302 The Woodlands, TX  77382 | | | Wages, Salaries and Benefits | | | | $10,157.36 | $10,157.36 | $0.00 |
| Account No. | | | | | | | | | |
| Commonwealth of Kentucky Dept. of Revenue Office of Property Valuation 200 Fair Oaks Lane, Station 32 Frankfort, KY  40620 | | | Tangible Personal Property | X | X | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Daniel Rublee, Jr. 930 Hugh Hunter Road Oak Grove, KY  42262 | | | Wages, Salaries and Benefits | | | | $2,036.00 | $2,036.00 | $0.00 |
| Account No. | | | | | | | | | |
| David McWaters 357 Wade Road Crofton, KY  42217 | | | Wages, Salaries and Benefits | | | | $1,111.50 | $1,111.50 | $0.00 |

Sheet no. 2 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

$  13,304.86 | $  13,304.86 | $0.00

B6E (Official Form 6E) (04/13) – Cont.

In re PTC SEAMLESS TUBE CORP.                    Case No. _____
              Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. David Smith 3240 Tabby Drive Clarksville, TN  37042 | | | Wages, Salaries and Benefits | | | | $10,563.64 | $10,563.64 | $0.00 |
| Account No. Don Waldrop 955 Wing Tip Circle Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $5,492.14 | $5,492.14 | $0.00 |
| Account No. Donald Farrington 10090 Dawson Springs Crofton, KY  42217 | | | Wages, Salaries and Benefits | | | | $5,646.81 | $5,646.81 | $0.00 |
| Account No. Henry Jarboe 715 Superior Lane Clarksville, TN  37043 | | | Wages, Salaries and Benefits | | | | $9,637.49 | $9,637.49 | $0.00 |
| Account No. James Garrett 4615 Cumbee Road Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $6,367.00 | $6,367.00 | $0.00 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 37,707.08    $ 37,707.08    $0.00

**B6E (Official Form 6E) (04/13) – Cont.**

In re PTC SEAMLESS TUBE CORP.
_____
*Debtor*

Case No. _____
*(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jamie Lear <br> 1210 State Rt 949 <br> Dunmor, KY 42339 | | | Wages, Salaries and Benefits | | | | $8,436.37 | $8,436.37 | $0.00 |
| Account No. <br><br> Jason Hallum <br> 500 Ridge Road <br> Princeton, KY 42445 | | | Wages, Salaries and Benefits | | | | $1,290.75 | $1,290.75 | $0.00 |
| Account No. <br><br> Joseph Scott <br> 3738 Highway 126 <br> Princeton, KY 42445 | | | Wages, Salaries and Benefits | | | | $3,651.82 | $3,651.82 | $0.00 |
| Account No. <br><br> Kentucky Secretary of State <br> Office of the Secretary of State <br> 700 Capital Avenue <br> P.O. Box 718 <br> Frankfort, KY 40602 | | | Annual Report | X | | | Unknown | Unknown | Unknown |
| Account No. <br><br> Kevin Birdsong <br> 671 State Rt 778 <br> Eddyville, KY 42038 | | | Wages, Salaries and Benefits | | | | $1,620.00 | $1,620.00 | $0.00 |

Sheet no. 4 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

$ 14,998.94 | $ 14,998.94 | $0.00

B6E (Official Form 6E) (04/13) – Cont.

In re PTC SEAMLESS TUBE CORP.                          Case No. _____
_____                                      (if known)
            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Kevin Lilly 213 Village Green Place Apt. E8 Hopkinsville, KY 42240 | | | Wages, Salaries and Benefits | | | | $4,382.95 | $4,382.95 | $0.00 |
| Account No. | | | | | | | | | |
| Kimberly Bagby 6815 Antique Cedar Lane Spring, TX 77389 | | | Wages, Salaries and Benefits | | | | $27,690.76 | $12,475.00 | $15,215.76 |
| Account No. | | | | | | | | | |
| Lucas Wolf 300 Early Drive Hopkinsville, KY 42240 | | | Wages, Salaries and Benefits | | | | $1,409.00 | $1,409.00 | $0.00 |
| Account No. | | | | | | | | | |
| Mary Haddad 19807 Geneva Fields Drive Cypress, TX 77429 | | | Wages, Salaries and Benefits | | | | $9,216.86 | $9,216.86 | $0.00 |
| Account No. | | | | | | | | | |
| Melvin Chapman 2489 Hattington Drive Clarksville, TN 37042 | | | Wages, Salaries and Benefits | | | | $56,974.14 | $12,475.00 | $44,499.14 |

Sheet no. 5 of 8 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| $ 99,673.71 | $ 39,958.81 | $ 59,714.90 |

B6E (Official Form 6E) (04/13) – Cont.

In re PTC SEAMLESS TUBE CORP. _____          Case No. _____
          *Debtor*                                                  *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Montgomery Central Appraisal District Office of the Chief Appraiser P.O. Box 2233 Conroe, TX  77305-2233 | | | Business Personal Property Rendition of Taxable | | X | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Nancy Smith 206 Cayce Avenue Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $1,004.00 | $1,004.00 | $0.00 |
| Account No. | | | | | | | | | |
| Nelson Williams 1104 Walnut Court Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $3,090.71 | $3,090.71 | $0.00 |
| Account No. | | | | | | | | | |
| Paul Neights 3405 Laurelwood Trail Clarksville, TN  37043 | | | Wages, Salaries and Benefits | | | | $22,129.54 | $12,475.00 | $9,654.54 |
| Account No. | | | | | | | | | |
| Richard Gomes 25406 Lancaster Pine Drive Spring, TX  77389 | | | Wages, Salaries and Benefits | | | | $7,159.09 | $7,159.09 | $0.00 |

Sheet no. 6 of 8 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

| | | |
|---|---|---|
| $  33,383.34 | $  23,728.80 | $9,654.54 |

**B6E (Official Form 6E) (04/13) – Cont.**

In re PTC SEAMLESS TUBE CORP.                     Case No. _____
                *Debtor*                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Rickey Rudd 2809 Florence Street Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $5,964.65 | $5,964.65 | $0.00 |
| Account No. | | | | | | | | | |
| Sheila Pearson 341 Long Avenue Russellville, KY  42276 | | | Wages, Salaries and Benefits | | | | $12,498.07 | $12,475.00 | $23.07 |
| Account No. | | | | | | | | | |
| Steven Bird 3515 Quisenberry Lane Hopkinsville, KY  42240 | | | Wages, Salaries and Benefits | | | | $1,508.00 | $1,508.00 | $0.00 |
| Account No. | | | | | | | | | |
| Terry Dearing 3885 Longbreak Road Dawson Springs, KY  42408 | | | Wages, Salaries and Benefits | | | | $1,474.25 | $1,474.25 | $0.00 |
| Account No. | | | | | | | | | |
| Texas Comptroller of Public Accounts P.O. Box 149348 Austin, TX  78714-9348 | | | Texas Francise Tax | | | | $38,000.00 | $38,000.00 | $0.00 |

Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

$ 59,444.97    $ 59,421.90    $23.07

**B6E (Official Form 6E) (04/13) – Cont.**

In re PTC SEAMLESS TUBE CORP.                    Case No. _____
         _____
              *Debtor*                                        *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Thomas Wagner<br>140 Stoney Creek Lane<br>Murray, KY 42071 | | | Wages, Salaries and Benefits | | | | $7,022.72 | $7,022.72 | $0.00 |
| Account No.<br><br>Toshinori Yajima<br>2073 Roxbury Lane<br>Clarksville, TN 37043 | | | Wages, Salaries and Benefits | | | | $10,168.55 | $10,168.55 | $0.00 |
| Account No.<br><br>William Casto<br>2022 Miller Valley Road<br>Elkton, KY 42220 | | | Wages, Salaries and Benefits | | | | $6,557.26 | $6,557.26 | $0.00 |
| Account No.<br><br> | | | | | | | | | |

Sheet no. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ 23,748.53 | $ 23,748.53 | $0.00 |
| Total➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 320,216.92 | | |
| Totals➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 244,685.77 | $ 75,531.15 |

B6F (Official Form 6F) (12/07)

In re PTC SEAMLESS TUBE CORP., _____      Case No. ___15-21445___
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ace Industries, Inc. 6295 McDonough Dr. Norcross, GA 30093 | | | Accounts Payable | | | | $11,021.97 |
| ACCOUNT NO. Advanced Machine & Engineering Co. 2500 Latham Street Rockford, IL 61103 | | | Accounts Payable | | | | $121,475.00 |
| ACCOUNT NO. Aggreko, LLC 6401 E. 30th Street Indianapolis, IN 46219-1006 | | | Accounts Payable | | | | $11,219.30 |
| ACCOUNT NO. Airgas, LLC P.O. Box 532609 Atlanta, GA 30353-2609 | | | Accounts Payable | | | | $2,401.90 |

Subtotal➤ $ 146,118.17

<u>22</u> continuation sheets attached

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____        Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Airline Hydraulics Corporation <br> 3557 Progress Drive <br> Bensalem, PA  19020-8505 | | | Accounts Payable | | | | $571,398.68 |
| ACCOUNT NO. <br> Alberto Pintabona <br> 51 Player Vista Place <br> The Woodlands, TX  77382 | | | Non-Priority Wages, Salaries and Benefits | | | | $6,138.64 |
| ACCOUNT NO. <br> American Society For Quality, Inc. <br> 100 Krusteaz Way <br> Hopkinsville, KY  42240 | | | Accounts Payable | | | | $1,030.50 |
| ACCOUNT NO. <br> Aramark Uniform Services <br> 2680 Palumbo DR. <br> Lexington, KY  40509 | | | Accounts Payable | | | | $19,137.69 |
| ACCOUNT NO. <br> AT&T Main Lines <br> P.O. Box 5019 <br> Carol Stream, IL  60179 | | | Accounts Payable | | | | $798.41 |
| ACCOUNT NO. <br> AT&T Mobility <br> P.O. Box 6463 <br> Carol Stream, IL  60197-6463 | | | Accounts Payable | | | | $1,087.74 |

Sheet no. 1 of 22 continuation sheets attached to Schedule
of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    599,591.66

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re PTC SEAMLESS TUBE CORP., _____    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Atmos Energy (Kentucky/Mid-States Division) 5430 LBJ Freeway, Suite 160 Dallas, TX 75240-2601 ATTN.: Contract Administration | | | Accounts Payable | | | | $10,761.14 |
| ACCOUNT NO.<br>B&M Industrial Supply LLC 26 Corporate Court Bowling Green, KY 42103 | | | Accounts Payable | | | | $29,667.40 |
| ACCOUNT NO.<br>Bastin Optometric Clinic, LLC 1016 South Main Street Hopkinsville, KY 42240 | | | Accounts Payable | | | | $641.00 |
| ACCOUNT NO.<br>Black Equipment Co., Inc. P.O. Box 5286 Evansville, IN 47716-5286 | | | Accounts Payable | | | | $10,097.50 |
| ACCOUNT NO.<br>Buy-Rite 950 Skyline Drive Hopkinsville, KY 42240 | | | Accounts Payable | | | | $393.22 |
| ACCOUNT NO.<br>Bypass Warehouse, LLC 300 Charles Garnett Drive Hopkinsville, KY 42240 | | | Accounts Payable | | | | $3,360.00 |

Sheet no. 2 of 22 continuation sheets attached to Schedule
of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    54,920.26

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____          Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cayce Mill Supply Co. <br> P.O.Box 689 <br> Hopkinsville, KY 42241-0689 | | | Accounts Payable | | | | $2,619.41 |
| ACCOUNT NO. <br> Chief Executive Network, LLC <br> One Sound Shore Drive, Suite 100 <br> Greenwich, CT 06830 | | | Accounts Payable | | | | $2,500.00 |
| ACCOUNT NO. <br> Christian County Chamber of Commerce <br> 2800 Fort Campbell Blvd. <br> Hopkinsville, KY 42240 | | | Accounts Payable | | | | $145.00 |
| ACCOUNT NO. <br> Cincinnati Precision Instruments, Inc. <br> 253 Circle Fwy Dr. <br> Cincinnati, OH 45246 | | | Accounts Payable | | | | $124.11 |
| ACCOUNT NO. <br> Cintas #314 <br> P.O. Box 630921 <br> Cincinnati, OH 45263-0921 | | | Accounts Payable | | | | $1,248.48 |
| ACCOUNT NO. <br> Cintas First Aid & Safety <br> P.O. Box 631025 <br> Cincinnati, OH 45263-1025 | | | Accounts Payable | | | | $102.93 |

Sheet no. 3 of 22 continuation sheets attached to Schedule
of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   6,739.93

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____    Case No. _____
       **Debtor**    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Clariant Oil & Mining Services <br> 2750 Technology Forest Blvd. <br> Attn:  Thomas Hammer <br> The Woodlands, TX  77381 | | | Accounts Payable | | | | $12,345.21 |
| ACCOUNT NO. <br> Clarksville Eye Clinic, LLC <br> 1111 A Ft. Campbell Blvd. <br> Clarksville, TN  37042 | | | Accounts Payable | | | | $50.00 |
| ACCOUNT NO. <br> CMC GH Sisak D.O.O. <br> c/o Commercial Metals Company <br> 6565 N. Macarthur Blvd. <br> Suite 800 <br> Irving, TX  75039 | | | Contractual Claim | | | X | $834,938.98 |
| ACCOUNT NO. <br> Comcast Corporation <br> P.O. Box 37601 <br> Philadelphia, PA  19101-0601 | | | Accounts Payable | | | | $496.53 |
| ACCOUNT NO. <br> Cornerstone Information Systems, Inc. <br> 800 South Main Street <br> Hopkinsville, KY  42240 | | | Accounts Payable | | | | $15,723.45 |
| ACCOUNT NO. <br> Cornettes Plus LLC <br> 2515 Fort Campbell Blvd. <br> Hopkinsville, KY  42240-4670 | | | Accounts Payable | | | | $1,286.14 |

Sheet no. 4 of 22 continuation sheets attached to Schedule
of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    864,840.31

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re PTC SEAMLESS TUBE CORP.,_____      Case No. _____
       **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Covington Electric, Inc. <br> 423 Power Street <br> Bowling Green, KY 42101 | | | Accounts Payable | | | | $36,097.43 |
| ACCOUNT NO. <br> Crown Services, Inc. <br> 1001 Skyline Drive <br> Hopkinsville, KY 42240 | | | Accounts Payable | | | | $2,536.84 |
| ACCOUNT NO. <br> D.S. Design Co., LLC <br> 3216 Rockacres Court <br> Cincinnati, OH 45239-6113 | | | Accounts Payable | | | | $2,905.00 |
| ACCOUNT NO. <br> Eagle Warehouse <br> P.O. Box 1316 <br> Hopkinsville, KY 42241-1316 | | | Accounts Payable | | | | $3,300.00 |
| ACCOUNT NO. <br> Earth Science Engineering, LLC <br> 201 West Dunbar Cave Road <br> Clarksville, TN 37040 | | | Accounts Payable | | | | $90,900.89 |
| ACCOUNT NO. <br> Enterprise Rent-A-Car USA <br> 13425 Eastpoint Centre Drive <br> Suite 124 <br> Louisville, KY 40223-5163 | | | Accounts Payable | | | | $1,058.74 |

Sheet no. 5 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 136,798.90

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____     Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Extreme Machine & Fabricating, Inc. <br> 2340 Quality Lane, Suite 1 <br> West Middlesex, PA 16159 | | | Accounts Payable | | | | $180,664.08 |
| ACCOUNT NO. <br> Fastenal Company <br> P.O. Box 1286 <br> Winona, MN 55987-1286 | | | Accounts Payable | | | | $540.00 |
| ACCOUNT NO. <br> FDG Trucking, LLC <br> 2222 John Rives Road <br> Hopkinsville, KY 42240 | | | Accounts Payable | | | | $2,785.50 |
| ACCOUNT NO. <br> Five Star Food Service Inc. <br> 440 Allied Drive <br> Nashville, TN 37211 | | | Accounts Payable | | | | $593.61 |
| ACCOUNT NO. <br> Flanders Electric Motor Service, Inc. <br> 8101 Baumgart Road <br> P.O. Box 23130 <br> Evansville, IN 47724 | | | Accounts Payable | | | | $2,474,592.83 |
| ACCOUNT NO. <br> Franklin Covey Client Sales Inc. <br> P.O. Box 25127 <br> Salt Lake City, UT 84125 | | | Accounts Payable | | | | $1,256.68 |

Sheet no. 6 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  2,660,432.70

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____          Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> G&S Embroidery, Inc. <br> 1120 West 15th Street <br> Hopkinsville, KY 42240 | | | Accounts Payable | | | | $885.10 |
| ACCOUNT NO. <br> Gateway Rehabilitation Center <br> Moffett Run Road <br> Aliquippa, PA 15001 | | | Accounts Payable | | | | $2,044.50 |
| ACCOUNT NO. <br> General Steel Contractors, Inc. <br> P.O. Box 1078 <br> Hopkinsville, KY 42241 | | | Accounts Payable | | | | $5,400.00 |
| ACCOUNT NO. <br> Hancock Machine & Tool, Inc. <br> 4427 Bishop Lane <br> Louisville, KY 40218 | | | Accounts Payable | | | | $27,556.42 |
| ACCOUNT NO. <br> Hansa Meyer Global Transport USA LLC <br> 712 Main Street <br> Suite 950 <br> Houston, TX 77002 | | | Accounts Payable | | | | $12,750.00 |
| ACCOUNT NO. <br> Hayes Shoes <br> P.O. Box 1037 <br> Bowling Green, KY 42102 | | | Accounts Payable | | | | $1,244.63 |

Sheet no. 7 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $     49,880.65

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,_____                    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Heritage Crystal Clean, Inc. <br> 13621 Collections Center Drive <br> Chicago, IL  60693 | | | Accounts Payable | | | | $434.70 |
| ACCOUNT NO. <br> Heritage Environmental Svcs. <br> 4925 Heller Street <br> Louisville, KY  40218 | | | Accounts Payable | | | | $5,301.06 |
| ACCOUNT NO. <br> Hermetik Hydraulic AB <br> Lansenvagen 3 <br> 18762 TAEBY, Sweden | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO. <br> Himo Dragaš, VL, Mirko Dragaš <br> 44 250 Petrinja, Vilima Muhe 8 | | | Accounts Payable | | X | | Undetermined |
| ACCOUNT NO. <br> Holston Gases, Inc. <br> 1050a Progress Drive <br> Clarksville, TN  37040 | | | Accounts Payable | | | | $214.10 |
| ACCOUNT NO. <br> Home Oil & Gas Company, Inc. <br> P.O. Box 397 <br> Henderson, KY  42419 | | | Accounts Payable | | | | $2,917.33 |

Sheet no. 8 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 8,867.19

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,                    Case No. _____
         **Debtor**                                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hopkinsville Doors<br>3380 Madisonville Road<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $450.00 |
| ACCOUNT NO.<br>Hopkinsville Electric Company (Energynet)<br>1820 East 9th Street<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $1,143.77 |
| ACCOUNT NO.<br>Hopkinsville Solid Waste Authority<br>P.O. Box 569<br>Hopkinsville, KY 42241 | | | Accounts Payable | | | | $1,349.92 |
| ACCOUNT NO.<br>Hopkinsville Water Environment Authority<br>401 East 9th Street, P.O. Box 628<br>Hopkinsville, KY 42241-0628 | | | Accounts Payable | | | | $223.96 |
| ACCOUNT NO.<br>Horizon Corporate Housing, LLC<br>2237 Lowes Dr. West, Suite H<br>Clarksville, TN 37040 | | | Accounts Payable | | | | $4,166.40 |
| ACCOUNT NO.<br>Hotwork - USA, LLC<br>223 Gold Rush Rd.<br>Lexington, KY 40503 | | | Accounts Payable | | | | $47,840.00 |

Sheet no. 9 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▸ $        55,174.05

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,                              Case No. _____
_____
        **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>InMotion Controls Inc.<br>1914 Silver Street<br>Garland, TX  75042 | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO.<br>Innovative Building Solutions<br>218 Gander Drive<br>Wexford, PA  15090 | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO.<br>Interpower Induction USA<br>3578 Van Dyke<br>Almont, MI  48003 | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO.<br>Jennie Stuart Medical Center, Inc.<br>P.O. Box 2400<br>Hopkinsville, KY  42241 | | | Accounts Payable | | | | $1,129.25 |
| ACCOUNT NO.<br>Jones Bros. Towing & Trucking Inc.<br>P.O. Box 83<br>Hopkinsville, KY  42241 | | | Accounts Payable | | | | $280.00 |
| ACCOUNT NO.<br>Justin A. Mason<br>P.O. Box 1144<br>Hopkinsville, KY  42241 | | | Accounts Payable | | | | $3,125.00 |

Sheet no. 10 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   4,534.25

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>PTC SEAMLESS TUBE CORP.,</u>                    Case No. _____
     **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>K. A. Hamilton & Associates, Inc.<br>159 Perry Highway, Suite 100<br>Pittsburgh, PA  15229 | | | Accounts Payable | | | | $29,367.82 |
| ACCOUNT NO.<br>Kaman Industrial Technologies Corporation<br>651 Finefrock Road SW<br>Massillon, OH  44647 | | | Accounts Payable | | | | $479.39 |
| ACCOUNT NO.<br>Kanawha Insurance Company<br>210 S. White Street<br>Lancaster, SC  29720-2560 | | | Accounts Payable | | | | $886.25 |
| ACCOUNT NO.<br>Kentucky Community and Technical College System Foundation, Inc.<br>300 North Main Street<br>Versailles, KY  40383 | | | Accounts Payable | | | | $14,323.00 |
| ACCOUNT NO.<br>Kenway Distributors Inc.<br>6320 Strawberry Lane<br>Louisville, KY  40214 | | | Accounts Payable | | | | $517.19 |
| ACCOUNT NO.<br>Kimberly Bagby<br>6815 Antique Cedar Lane<br>Spring, TX  77389 | | | Non-Priority Wages, Salaries and Benefits | | | | $15,215.76 |

Sheet no. <u>11</u> of <u>22</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $    60,789.41

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,                                        Case No. _____

    **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Konecranes Inc.<br>1854 Air Lane Drive<br>Nashville, TN 37035 | | | Accounts Payable | | | | $1,948.28 |
| ACCOUNT NO.<br>Legion Safety Products, LLC<br>608 S. Wheeling Rd<br>Wheeling, IL 60090 | | | Accounts Payable | | | | $4,911.20 |
| ACCOUNT NO.<br>Lowe's Home Centers, Inc.<br>P.O. Box 530954<br>Atlanta, GA 30353 | | | Accounts Payable | | | | $1,081.57 |
| ACCOUNT NO.<br>Mazzella Lifting Technologies<br>P.O. 637435<br>Cincinnati, OH 45263-7435 | | | Accounts Payable | | | | $2,149.01 |
| ACCOUNT NO.<br>McGee Pest Control, Inc.<br>1826 Walnut Street, P.O. Box 674<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $405.00 |
| ACCOUNT NO.<br>McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | | | Accounts Payable | | | | $1,785.53 |

Sheet no. 12 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    12,280.59

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,_____     Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mechanical Resource Group, LLC <br> 750 Melrose Ave. <br> Nashville, TN 37211 | | | Accounts Payable | | | | $48,569.50 |
| ACCOUNT NO. <br> Mercer Transportation Co, Inc. <br> P.O. Box 644011 <br> Pittsburgh, PA 15264-4011 | | | Accounts Payable | | | | $1,955.55 |
| ACCOUNT NO. <br> Melvin Chapman <br> 2489 Hattington Drive <br> Clarksville, TN 37042 | | | Non-Priority Wages, Salaries and Benefits | | | | $44,499.14 |
| ACCOUNT NO. <br> Metaling doo <br> Bozidara Adzije 2 <br> 44000 Sisak, Croatia | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO. <br> Metso Minerals Industries, Inc. <br> P.O. Box 945859 <br> Atlanta, GA 30394-5859 | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO. <br> Microsoft Corporation <br> P.O. Box 842103 <br> Dallas, TX 75284-2103 | | | Accounts Payable | | | | ($392.10) |

Sheet no. 13 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 94,632.09

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,                           Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Midwest Transatlantic Lines, Inc. <br> 1230 West Bagley Road <br> Berea, OH  44017 | | | Accounts Payable | | | | $64,142.30 |
| ACCOUNT NO. <br> Mize Machine Inc. <br> 1110 West 15th Street <br> Hopkinsville, KY  42240 | | | Accounts Payable | | | | $254.40 |
| ACCOUNT NO. <br> Moore's Office Supplies & Furniture <br> 711 Franklin St. <br> Clarksville, TN  37040 | | | Accounts Payable | | | | $229.95 |
| ACCOUNT NO. <br> Motion Industries Inc. <br> 1605 Alton Road <br> Birmingham, AL  35210 | | | Accounts Payable | | | | $441.20 |
| ACCOUNT NO. <br> MSC Industrial Supply Co. Inc. <br> Dept Ch0075 <br> Palatine, IL  60055-0075 | | | Accounts Payable | | | | $2,949.19 |
| ACCOUNT NO. <br> Myoffice Products, Inc. <br> P.O. Box 306003 <br> Nashville, TN  37230-6003 | | | Accounts Payable | | | | $662.16 |

Sheet no. 14 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    $68,679.20

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____            Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> National Pen Company <br> P.O. Box 847203 <br> Dallas, TX 75284-7203 | | | Accounts Payable | | | | $685.95 |
| ACCOUNT NO. <br> Occupational Health Centers of the Southwest, P.A. <br> 5080 Spectrum Drive # 400W <br> Addison, TX 75001 | | | Accounts Payable | | | | $169.50 |
| ACCOUNT NO. <br> Olympus Scientific Solutions Americas Corp. <br> 48 Woerd Ave. <br> Waltham, MA 02453 | | | Accounts Payable | | | | $3,716.10 |
| ACCOUNT NO. <br> P&S Transportation, LLC <br> P.O. Box 8250 <br> Ensley, AL 35218 | | | Accounts Payable | | | | $1,400.00 |
| ACCOUNT NO. <br> Paducah Gear & Machine Co., L.C. <br> 5337 Gilbertsville Highway <br> Calvert City, KY 42029 | | | Accounts Payable | | | | $156,845.50 |
| ACCOUNT NO. <br> Paducah McCracken County Riverport Authority <br> P.O. Box 2302 <br> Paducah, KY 42002 | | | Accounts Payable | | | | $2,400.00 |

Sheet no. 15 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   165,217.05

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,                                           Case No. _____
    **Debtor**                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Parkson Corporation 1401 West Cypress Creek Road Fort Lauderdale, FL  33309-1969 | | | Accounts Payable | | | | $239,048.15 |
| ACCOUNT NO. | | | | | | | |
| Paul Neights 3405 Laurelwood Trail Clarksville, TN  37043 | | | Non-Priority Wages, Salaries and Benefits | | | | $9,654.54 |
| ACCOUNT NO. | | | | | | | |
| Pennyrile Rural Electric Cooperative Corporation P.O. Box 2900 2000 Harrison Street Hopkinsville, KY  42241-2900 ATTN.: MANAGER | | | Accounts Payable | | | | $135,542.86 |
| ACCOUNT NO. | | | | | | | |
| Pitney Bowes Inc. P.O. Box 371887 Pittsburgh, PA  15250 | | | Accounts Payable | | | | $224.96 |
| ACCOUNT NO. | | | | | | | |
| Powell's Metal Sales, Inc. P.O. Box 572 Hopkinsville, KY  42241 | | | Accounts Payable | | | | $2,337.23 |
| ACCOUNT NO. | | | | | | | |
| PTC Group Holdings Corp. 6051 Wallace Rd. Ext., Suite 200 Wexford, PA  15090 | | | Intercompany Payable | | | | $80,095,000.00 |

Sheet no. 16 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  80,481,807.74

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,_____            Case No. _____
         **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RAM Corporation, Inc. <br> 2520 Plum Street <br> Nashville, TN  37207 | | | Accounts Payable | | | | $146,831.74 |
| ACCOUNT NO. <br> Randolph & Hale, Inc. <br> P.O. Box 1011 <br> Hopkinsville, KY  42240 | | | Accounts Payable | | | | $1,648.70 |
| ACCOUNT NO. <br> RICOH USA, Inc. <br> P.O. Box 740541 <br> Atlanta, GA  30374-0541 | | | Accounts Payable | | | | $211.07 |
| ACCOUNT NO. <br> Robert Half Management Resources <br> 12400 Collections Center Drive <br> Chicago, IL  60693 | | | Accounts Payable | | | | $31,224.60 |
| ACCOUNT NO. <br> Robinson Mechanical Contractors, Inc. D/B/A Robinson Construction Company <br> 2411 Walters Lane <br> Perryville, MO  63775 | | | Accounts Payable | | | X | $14,298,266.18 |
| ACCOUNT NO. <br> Satellite Shelters, Inc. <br> 2530 Xenium Lane, Suite 150 <br> Minneapolis, MN  55441 | | | Accounts Payable | | | | $2,586.40 |

Sheet no. 17 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $  14,480,768.69

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,_____          Case No. _____
_____Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Seay Oil Company, Inc.<br>700 W. 15th Street<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $4,521.14 |
| ACCOUNT NO.<br>Sheila Pearson<br>341 Long Avenue<br>Russellville, KY 42276 | | | Non-Priority Wages, Salaries and Benefits | | | | $23.07 |
| ACCOUNT NO.<br>The Sherwin-Williams Company<br>535 W. 9th St<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $461.95 |
| ACCOUNT NO.<br>Siemens Industries, Inc.<br>1000 Deerfield Parkway<br>Buffalo Grove, IL 60089 | | | Contract Claim | X | X | | Undetermined |
| ACCOUNT NO.<br>SMS Meer GmbH<br>Ohlerkirchhweg 66<br>41069 Monchengladbach<br>Germany | | | Accounts Payable | | | | $250,000.00 |
| ACCOUNT NO.<br>SMS Meer Service Inc.<br>210 West Kensinger Drive<br>Suite 300<br>Cranberry Township, PA 16066-3435 | | | Accounts Payable | | | | $94,246.48 |

Sheet no. 18 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $     349,252.64

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____      Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SMS Millcraft LLC<br>100 Sandusky Street<br>Pittsburgh, PA 15212 | | | Accounts Payable | | | | $13,855.00 |
| ACCOUNT NO.<br>Southeastern Tank, Inc.<br>60 Vesta Road<br>Lebannon, TN 37090 | | | Accounts Payable | | | | $28,011.50 |
| ACCOUNT NO.<br>Southern Mechanical<br>485 Everett Lane<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $23,186.00 |
| ACCOUNT NO.<br>Sprint Print, Inc.<br>P.O. Box 4120<br>Hopkinsville, KY 42240 | | | Accounts Payable | | | | $551.73 |
| ACCOUNT NO.<br>SSOE, Inc. d/b/a SSOE Group<br>1001 Madison Avenue<br>Toledo, OH 43604 | | | Accounts Payable | | | | $128,578.25 |
| ACCOUNT NO.<br>Suburban Propane, L.P.<br>P.O. Box 889248<br>Atlanta, GA 30356-1248 | | | Accounts Payable | | | | $1,255.93 |

Sheet no. 19 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  | $ | 195,438.41

Total ➤  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP.,_____          Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sunbelt Rentals, Inc. <br> P.O. Box 409211 <br> Atlanta, GA 30384-9211 | | | Accounts Payable | | | | $24,350.48 |
| ACCOUNT NO. <br> T. J. O'Brien Engineering Company <br> 3951 Senator Street <br> Memphis, TN 38118 | | | Accounts Payable | | | | $7,600.00 |
| ACCOUNT NO. <br> Taylor Machine Works, Inc. <br> 650 North Church St. <br> Louisville, MS 39339-2017 | | | Accounts Payable | | | | $24,000.00 |
| ACCOUNT NO. <br> Tencarva Machinery Company <br> 2929 Kraft Drive <br> Nashville, TN 37204 | | | Accounts Payable | | | | $264,012.06 |
| ACCOUNT NO. <br> Tenova Core Inc. <br> Cherrington Corporate Center <br> 100 Corporate Center Drive <br> Coraopolis, PA 15108 | | | Accounts Payable | | | | $679,392.00 |
| ACCOUNT NO. <br> Terrillium, Inc. <br> 201 East 5th Street <br> Suite 2700 <br> Cincinnati, OH 45202 | | | Accounts Payable | | | | $41,883.50 |

Sheet no. 20 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 1,041,238.04

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____    Case No. _____
    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Traughber Mechanical Services, Inc. <br> 818 Blackjack Road <br> Franklin, KY  42134 | | | Accounts Payable | | | | $95,892.60 |
| ACCOUNT NO. <br> Tri-State Bearing Co., Inc. <br> P.O. Box 4737 <br> Evansville, IN  47724 | | | Accounts Payable | | | | $530.90 |
| ACCOUNT NO. <br> ULINE, Inc. <br> P.O. Box 88741 <br> Chicago, IL  60680-1741 | | | Accounts Payable | | | | $88.36 |
| ACCOUNT NO. <br> United Rentals, Inc. <br> P.O. Box 100711 <br> Atlanta, GA  30384-0711 | | | Accounts Payable | | | | $9,432.23 |
| ACCOUNT NO. <br> Universal Am-Can Ltd. <br> P.O. Box 712969 <br> Cincinnati, OH  45271-2969 | | | Accounts Payable | | | | $14,225.46 |
| ACCOUNT NO. <br> Vast Communications LLC <br> 1100 Manhattan Ave., #203 <br> Manhattan Beach, CA  90266 | | | Accounts Payable | | | | $33.98 |

Sheet no. 21 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   120,203.53

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re PTC SEAMLESS TUBE CORP., _____                    Case No. _____
_____Debtor_____                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Vision Benefits of America <br> 300 Weyman Plaza, Suite 400 <br> Pittsburgh, PA  15236-1588 | | | Accounts Payable | | | | $167.30 |
| ACCOUNT NO. <br> Visual Workplace, Inc. <br> 7381 Ardith Court <br> Byron Center, MI  49315 | | | Accounts Payable | | | | $3,441.05 |
| ACCOUNT NO. <br> Waterco of Central States, Inc. <br> d/b/a Culligan Water <br> 328 Commerce Street <br> Cadiz, KY  42211 | | | Accounts Payable | | | | $66.78 |
| ACCOUNT NO. <br> Western Kentucky Door, Inc. <br> P.O. Box 1686 <br> Cadiz, KY  42211 | | | Accounts Payable | | | | $145.00 |
| ACCOUNT NO. <br> Windows, Doors & Floors LLC <br> 7228 Canton Rd. <br> Cadiz, KY  42211 | | | Accounts Payable | | | | $9,496.80 |
| ACCOUNT NO. <br> Xylem, Inc. <br> 26717 Network Place <br> Chicago, IL  60673-1267 | | | Contract Claim | X | X | | Undetermined |

Sheet no. 22 of 22 continuation sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 13,316.93

Total ▶ | $ | 101,671,522.39
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re PTC SEAMLESS TUBE CORP.             Case No.   15-21445
_____                          _____
           **Debtor**                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Advanced Machine & Engineering Co.<br>2500 Latham Street<br>Rockford, IL 61103 | Contract Type:  Equipment and Services Agreement<br>Contract No.:  4058-2001<br>Contract Date:  PSA 03/06/2014<br>SOW 2 - 10/07/2014 |
| Aggreko, LLC<br>6401 E. 30th Street<br>Indianapolis, IN 46219-1006 | Contract Type:  Equipment and Services Agreement<br>Contract No.:  5033-2001<br>Contract Date:  02/04/2015 |
| Airline Hydraulics Corporation<br>3557 Progress Drive<br>Bensalem, PA  19020-8505 | Contract Type:  Equipment and Services Agreement<br>Contract No.:  4132-2001<br>Contract Date:  PSA 05/19/2014<br>SOW 2 – 01/02/2015<br>SOW 3 – 12/19/2014 |
| Aramark Uniform Services, a division of Aramark Uniform & Career Apparel, LLC<br>2680 Palumbo Dr.<br>Lexington, KY 40509 | Contract Type:  Uniform Rental Agreement<br>Contract Date: 11/03/2014 |
| Bypass Warehouse, LLC<br>300 Charles Garnett Drive<br>Hopkinsville, KY 42240 | Contract Type: Tooling Warehouse Lease Agreement<br>Contract Date: 10/13/2014<br>Lessee under Non-residential Real Property Lease |
| Clariant Oil & Mining Services<br>2750 Technology Forest Drive<br>The Woodlands, TX 77380<br>Attn.: Thomas Hammer | Contract Type: Office Sublease Agreement<br>Contract Date: 01/16/2014 as amended<br>Lessee under Non-residential Real Property Lease. |
| CMC GH Sisak D.O.O.<br>c/o Commercial Metals Company<br>6565 N. MacArthur Blvd., Suite 800<br>Irving, TX 75039 | Contract Type: Agreement regarding VAT Refund<br>Contract Date: 01/17/2013 |

**B6G (Official Form 6G) (12/07)**

US_ACTIVE-121219414

In re PTC SEAMLESS TUBE CORP.                                    Case No. _____
         Debtor                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cornerstone Information Systems, Inc.<br>800 South Main Street<br>Hopkinsville, KY 42240 | Contract Type:  Network and Technology Consulting<br>Contract Date: 04/25/2014 |
| D.S. Design Co., LLC<br>3216 Rockacres Court<br>Cincinnati, OH 45239-6113 | Contract Type:  Engineering Services<br>Contract Date: 08/08/2014<br>Contract No.:  4208-2001 |
| Eagle Way AG, LLC<br>P.O. Box 1316<br>Hopkinsville, KY 42241-1316 | Contract Type:  Storage lease<br>Contract Date: 10/01/2013<br>Lessee under Non-residential Real Property Lease |
| Earth Science Engineering, LLC<br>201 West Dunbar Cave Road<br>Clarksville, TN 37040 | Contract Type:  Equipment and Services Agreement<br>Contract No.: 4036-2001<br>Contract Date: 04/11/2014 |
| EnergyNet (Hopkinsville Electric Company)<br>1820 East 9th Street<br>Hopkinsville, KY 42240 | Contract Type:  Telecommunications Service Agreement<br>Contract Date: 04/25/2014 |
| Extreme Machine & Fabricating, Inc.<br>2340 Quality Lane, Suite 1<br>West Middlesex, PA 16159 | Contract Type: Refurbishment<br>Contract No.:3280-2001<br>Contract Date: PSA 12/04/2013<br>SOW 2- 03/27/14; SOW 3-5 – 04/07/14; SOW 6 – 05/16/14; SOW 7 – 08/08/14; SOW 8 – 09/26/14; SOW 9 – 10/24/14; SOW 10 – 12/08/14 |
| Flanders Electric Motor Service, Inc.<br>8101 Baumgart Road<br>P.O. Box 23130<br>Evansville, IN 47724 | Contract Type: Equipment and Services Agreement<br>Contract No.: 4101-2001<br>Contract Date: 04/11/2014<br>SOWs 1-24 |
| Hancock Machine & Tool, Inc.<br>4427 Bishop Lane<br>Louisville, KY 40218 | Contract Type:  CAD Services, manufacturing services<br>Contract No.: 4323-2001<br>Contract Date: 11/19/2014 |

**B6G (Official Form 6G) (12/07)**

US_ACTIVE-121219414

In re **PTC SEAMLESS TUBE CORP.** _____        Case No. _____

|       **Debtor**       |       **(if known)**       |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hermetik Hydraulik AB<br>Lansenvagen 3<br>18762 TAEBY, Sweden | Contract Type:  Descaling System<br>Contract No.:  4161-2001<br>Contract Date:  09/11/2014 |
| Hopkinsville Industrial Foundation, Inc.<br>2800 Ft. Campbell Blvd.<br>Hopkinsville, KY 42240<br>Attn.: John B. Crenshaw, President | Contract Type:  Option to Purchase Real Property<br>Contract Date: 02/07/2014 as amended |
| Innovative Building Solutions, LLC<br>218 Gander Drive<br>Wexford, PA 15090 | Contract Type:  Construction of Modular Building<br>Contract No.:  4220-2001<br>Contract Date:  08/21/2014 |
| Inter-Power Corporation<br>3578 Van Dyke Road<br>Almont, MI 48003 | Contract Type:  Induction heating supplies<br>Contract No.:  3318-2001<br>Contract Date:  PSA – 11/22/2013; SOW 1 – 04/10/14;<br>SOW 2 – 09/125/14 |
| Kentucky Economic Development Finance Authority<br>Office of the Commissioner<br>Department for Business Development<br>Old Capital Annex, 300 West Broadway<br>Frankfort, KY 40601 | Contract Type:  Memoraundum  of Agreement Regarding Tax Incentives (KBIP)<br>Contract Date: 08/29/2013 |
| Kentucky Economic Development Finance Authority<br>Office of the Commissioner<br>Department for Business Development<br>Old Capital Annex, 300 West Broadway<br>Frankfort, KY 40601 | Contract Type:  Agreement regarding Tax Incentives (KEIA)<br>Contract Date: 08/29/2013 |
| Konecranes, Inc.<br>1854 Air Lane Drive<br>Nashville, TN 37035 | Contract Type:  Crane supplier<br>Contract No.:  4105-2001<br>Contract Date:  04/14/14 |
| Lebanon Power & Apparatus Company, Inc. d/b/a<br>Covington Electric<br>423 Power Street<br>Bowling Green, KY  42101 | Contract Type:  Upgrade hot saw motor<br>Contract No.:  4143-2001<br>Contract Date:  PSA – 05/29/2014<br>SOW 1 – 08/28/2014 |

**B6G (Official Form 6G) (12/07)**

US_ACTIVE-121219414

In re PTC SEAMLESS TUBE CORP. _____    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mark D. Thompson<br>33677 Via San Angelo<br>Avon, OH 44011 | Contract Type:  Independent Director Letter Agreement<br>Contract Date:  04/24/2015 |
| Mechanical Resource Group, LLC<br>750 Melrose Ave.<br>Nashville, TN 37211 | Contract Type:  Agreement to rebuild cooling towers<br>Contract No.:  4336-2001<br>Contract Date: 12/02/2014 |
| METALING INŽENJERING Ltd<br>Sisak<br>Božidara Adžije 2 | Contract Type:  Engineering Services<br>Contract Date: 04/22/2014<br>Amendment 1: 04/22/2014<br>Amendment 2: |
| Metso Minerals Industries, Inc.<br>2715 Pleasant Valley Road<br>York, PA 17402 | Contract Type:  Dewaterer Equipment and Services Agreement<br>Contract No.:  4225-2001<br>Contract Date: 09/05/2014 |
| Navitas Lease Corp.<br>1719 Route 10 East, Suite 306<br>Parsippany, NJ 07054 | Contract Type:  Equipment Lease<br>Contract Date: 10/13/2014<br>Lessee |
| NewStar Commercial Lease Funding I, LLC<br>Suite 1250<br>500 Boylston St.<br>Boston, MA 02116 | Contract Type:  Equipment Lease Schedules Nos. 1 to 6 to Master Lease with RBS Asset Finance, Inc.<br>Contract Date: 1 – 05/28/2014; 2 – 05/28/2014; 3 – 10/31/2014; 4 – 11/21/2014; 5 – 12/11/2014; 6 – 01/21/2015 |
| Paducah Gear & Machine Co., L.C.<br>5337 Gilbertsville Highway<br>Calvert City, KY 42029 | Contract Type:  Driven Roll Equipment and Services Agreement<br>Contract No.:  4216-2001<br>Contract Date: 08/25/2014 as amended |
| Paducah-McCracken County Riverport Authority<br>P.O. Box 2302<br>2000 Wayne Sullivan Drive<br>Paducah, KY 42002-2303 | Contract Type:  Barge Handling and Storage Agreement<br>Contract Date: 10/13/2014 |

US_ACTIVE-121219414

**B6G (Official Form 6G) (12/07)**

In re <u>PTC SEAMLESS TUBE CORP.</u>                    Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Parkson Corporation<br>1401 West Cypress Creek Road<br>Fort Lauderdale, FL 33309-1969 | Contract Type:  Services and equipment for Sand Filter Modules<br>Contract No.: 4223-2001<br>Contract Date: 08/17/14 |
| Pennyrile Rural Electric Cooperative Corporation<br>P.O. Box 2900<br>2000 Harrison Street<br>Hopkinsville, KY 42241-2900<br>Attn.: Manager | Contract Type:  Industrial Power Contract<br>Contract Date: 09/2014 |
| Ram Corporation, Inc.<br>2520 Plum Street<br>Nashville, TN 37207 | Contract Type:  Equipment and Services Agreement<br>Contract No.:  4171-2001<br>Contract Date:  PSA 06/24/2014<br>SOW 7 - 11/18/2014; SOW 8 - 12/19/2014; SOW 9 - 01/30/2015; SOW 10 - 01/29/2015 |
| Citizens Asset Finance, Inc.<br>d/b/a RBS Asset Finance, Inc.<br>480 Jefferson Blvd.<br>Warwick, RI 02886 | Contract Type:  Master Equipment Lease Agreement<br>Contract Date: 05/28/2014<br>Lessee |
| Robinson Mechanical Contractors, Inc. d/b/a Robinson Construction Company<br>2411 Walters Lane<br>Perryville, MO 63775 | Contract Type:  Equipment and Services Agreement<br>Contract No.:  3121-2001<br>Contract Date:  05/02/2013<br>SOW 5 - 8 - 04/01/2014 |
| Siemens Industry, Inc.<br>501 Technology Drive<br>Canonsburg, PA 15317 | Contract Type:  Engineering Design Services<br>Contract No.: 4111-2001<br>Contract Date: 05/15/2014<br>SOW 1 - 10/13/2014 |
| SMS Meer GmbH<br>Ohlerkirchweg 66<br>41069 Monchengladbach<br>Germany | Contract Type:  Equipment and Services Agreement<br>Contract No.: 4111-2001<br>Contract Date: 10/03/2013 |
| SMS Meer Service Inc.<br>210 West Kensinger Drive, Suite 300<br>Cranberry Township, PA 16066-3435 | Contract Type:  Advisory Services for Erection of Hot Pilger Plant<br>Contract Date: 03/06/2014 |

US_ACTIVE-121219414

**B6G (Official Form 6G) (12/07)**

In re **PTC SEAMLESS TUBE CORP.** _____        Case No. _____
                          **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Southern Mechanical<br>485 Everett Lane<br>Hopkinsville, KY 42240 | Contract Type:  Fabrication of furnace exhaust duct<br>Contract No.: 4225-2001<br>Contract Date:  PSA – 08/13/14; SOW 1 – 01/21/15; SOW 2 – 01/09/15 |
| Southeastern Tank, Inc.<br>60 Vesta Road<br>Lebanon, TN 37090 | Contract Type:  Holding tank and services<br>Contract No.: 4302-2001<br>Contract Date: 10/29/14 |
| SSOE Group<br>320 Seven Springs Way, Suite 350<br>Brentwood, TN 37027 | Contract Type:  Project Engineering and Design Services Agreement<br>Contract Date: 02/06/2014 |
| SSOE, Inc. d/b/a SSOE Group<br>1001 Madison Avenue<br>Toledo, OH 43604 | Contract Type:  Project Engineering and Design Services Agreement<br>Contract Date: 11/16/2014 |
| Taylor Machine Works, Inc.<br>650 North Church St.<br>Louisville, MS 39339-2017 | Contract Type:  Forklift lease<br>Contract Date: 04/12/2014<br>Lessee |
| Taylor Machine Works, Inc.<br>650 North Church St.<br>Louisville, MS 39339-2017 | Contract Type:  Forklift lease<br>Contract Date: 10/14/2014<br>Lessee |
| Tencarva Machinery Company<br>2929 Kraft Drive<br>Nashville, TN 37204 | Contract Type:  Professional Services Agreement regarding pumps<br>Contract No.:  4274-2001<br>Contract Date: 10/01/2014 |
| Tenova Core Inc.<br>Cherrington Corporate Center<br>100 Corporate Center Drive<br>Coraopolis, PA 15108 | Contract Type:  Professional Services Agreement regarding work on rotary hearth furnace<br>Contract No.:  4038-2001<br>Contract Date: 02/17/2014<br>SOW 4 - 01/30/2015 |

**B6G (Official Form 6G) (12/07)**

US_ACTIVE-121219414

**In re** PTC SEAMLESS TUBE CORP.                                    **Case No.** _____

          **Debtor**                                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Terrell Manufacturing Services, Inc.<br>7245 Hall Road<br>Muskegon, MI 49442 | Contract Type:  Design of Reclaim Spray Booth<br>Contract No.:  4077-2001<br>Contract Date:  04/01/14; amended 06/09/14 |
| Ipsco Tubulars Inc. d/b/a TMK IPSCO<br>10120 Houston Oaks Drive<br>Houston, TX 77064 | Contract Type:  Steel Purchase Agreement<br>Contract Date: 04/29/2014 |
| Traughber Mechanical Services, Inc.<br>818 Blackjack Road<br>Franklin, KY 42134 | Contraact Type:  Professional Services Agreement<br>Contract No.:  4134-2001<br>Contract Date: 04/14/2014<br>SOW 12 - 12/10/2014; SOW 15 - 01/19/2015 |
| Tyco Integrated Security LLC<br>2005 Elm Hill Pike<br>Nashville, TN 37210-3807 | Contract Type:  Building Security Agreement<br>Contract Date: 10/24/2014 |
| Xylem Water Solutions USA, Inc.<br>9745 Hedden Road<br>Evansville, IN 47725 | Contract Type:  Professional Services Agreemnt regarding pumps<br>Contract No.:  4213-2001<br>Contract Date:  08/05/2014 |

US_ACTIVE-121219414

In re  PTC SEAMLESS TUBE CORP., _____    Case No.  15-21445 _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PTC Group Holdings Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br><br>PTC Holdings II Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br><br>PTC Alliance Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br><br>Alliance Tubular Holdings LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br><br>Alliance Tubular Products LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br><br>Beaver Falls Tubular Products LLC<br>4400 West Third Avenue, Beaver Falls, PA 15010<br><br>Enduro Industries LLC<br>2001 Orchard Avenue, Hannibal, MO 63401<br><br>Mid-West Mfg. LLC<br>475 East 16th Street, Chicago, IL 60411<br><br>PTC Tubular Products LLC<br>23041 East 800 North Road, Fairbury, IL 61739 | Wells Fargo Bank, National Association, as administrative agent One Boston Place, 18th Floor, Boston, MA 02108<br><br>Attn:  Portfolio Manager -- PTC |
| PTC Group Holdings Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br><br>PTC Holdings II Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br><br>PTC Alliance Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br><br>Alliance Tubular Holdings LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br><br>Alliance Tubular Products LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br><br>Beaver Falls Tubular Products LLC<br>4400 West Third Avenue, Beaver Falls, PA 15010<br><br>Enduro Industries LLC<br>2001 Orchard Avenue, Hannibal, MO 63401<br><br>Mid-West Mfg. LLC<br>475 East 16th Street, Chicago, IL 60411<br><br>PTC Tubular Products LLC<br>23041 East 800 North Road, Fairbury, IL 61739 | Credit Suisse AG, Cayman Islands Branch, as administrative agent, Eleven Madison Avenue, New York, NY 10010<br><br>Attn:  Sean Portrait |

**B6H (Official Form 6H) (12/07)**

In re  PTC SEAMLESS TUBE CORP.,                                    Case No. _____
           **Debtor**                                                                      **(if known)**

# SCHEDULE H – CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PTC Group Holdings Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br>PTC Alliance Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br>Alliance Tubular Holdings LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br>Alliance Tubular Products LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br>Beaver Falls Tubular Products LLC<br>4400 West Third Avenue, Beaver Falls, PA 15010<br>Enduro Industries LLC<br>2001 Orchard Avenue, Hannibal, MO 63401<br>Mid-West Mfg. LLC<br>475 East 16th Street, Chicago, IL 60411<br>PTC Tubular Products LLC<br>23041 East 800 North Road, Fairbury, IL 61739 | Citizen Asset Finance, Inc. (f/k/a RBS Asset Finance, Inc.)<br>480 Jefferson Blvd.<br>Warwick, RI 02886<br>Attn:  Katherine M. Dickerson |
| PTC Group Holdings Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br>PTC Alliance Corp.<br>6051 Wallace Road Ext., Suite 200, Wexford, PA 15090<br>Alliance Tubular Holdings LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br>Alliance Tubular Products LLC<br>640 Keystone Street, P.O. Box 2298, Alliance, OH 44601-2298<br>Beaver Falls Tubular Products LLC<br>4400 West Third Avenue, Beaver Falls, PA 15010<br>Enduro Industries LLC<br>2001 Orchard Avenue, Hannibal, MO 63401<br>Mid-West Mfg. LLC<br>475 East 16th Street, Chicago, IL 60411<br>PTC Tubular Products LLC<br>23041 East 800 North Road, Fairbury, IL 61739 | Newstar Commercial Lease Funding I, LLC<br>Suite 1250, 500 Boylston Street, Boston, MA 02116 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PTC SEAMLESS TUBE CORP. f/k/a
PTC ALLIANCE PIPE ACQUISITION LLC,

    Debtor.

Chapter 11

Case No.   15-21445

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF
### PERJURY ON BEHALF OF A CORPORATION

I, Peter Whiting, the Chief Executive Officer of the corporation named as the

debtor in this case, declare under penalty of perjury that I have read the foregoing summary and

schedules, consisting of _52_ sheets, and that they are true and correct to the best of my

knowledge, information, and belief.

Dated:  April 26 , 2015

_____
Peter Whiting
Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment
for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

US_ACTIVE-121808003