UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Email: Heather.Sprague@usdoj.gov


By: Heather Sprague, Trial Attorney


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA


IN RE:                                          CASE NUMBER:

PTC Seamless Tube Corp.,                        15-21445-TPA

DEBTOR                                          CHAPTER 11


APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS


Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the
Committee of Unsecured Creditors in connection with the above referenced case:

1.      Flanders Electric Motor Service, Inc.
        8101 Baumgart Road
        Evansville, IN 47725
        Attn: Steve Graves, Risk Manager
        Tel. (812) 867-7421 Ext. 2214
        Fax (812) 867-2687
        email: sgraves@flandersinc.com

2.      Paducah Gear & Machine Co., L.C.
        P.O. Box 548
        Ankeny, IA 50021
        Attn: Jack Stapleton,  President
        Tel. (515) 965-1501
        Fax (515) 965-1503
        email: jack.stapleton@ssequipment.com

3.      Tencarva Machinery Company
        1115 Pleasant Ridge Road
        Greensboro, NC 27409
        Attn: David Kirkman, Credit and Contract Manager
        Tel. (800) 957-3590
        Fax (336) 665-0323
        email: dkirkman@tencarva.com

4.      Tenova Core, Inc.
        Cherrington Corporate Center
        100 Corporate Center Drive
        Coraopolis, PA 15108
        Attn: Brian Carlton, CFO
        Tel. (412) 262-2240, Ext. 2450
        email:  brian.carlton@tenova.com

5.      Traughber Mechanical Services, Inc.
        818 Blackjack Road
        Franklin, KY 42134
        Attn: Joey Traughber, Business Development Manager
        Tel. (270) 484-3618
        email: joey@traughbermechanical.com


Date: May 8, 2015                        ANDREW R. VARA
                                         ACTING UNITED STATES TRUSTEE
                                         Region 3


                                         By: /s/Heather A. Sprague
                                            Heather A. Sprague
                                            Trial Attorney
                                             Heather.Sprague@usdoj.gov